United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 18, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-50635
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DANIEL PEREZ-LOPEZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:04-CR-2782-ALL
--------------------

Before SMITH, GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

Daniel Perez-Lopez was convicted of one charge of illegal
reentry into the United States and sentenced to serve 24 months
in prison and a three-year term of supervised release. Perez-
Lopez challenges his sentence, which was the result of an upward
departure from the applicable guidelines sentencing range. He
argues that the district court erred by not giving adequate
notice of the departure and by not giving sufficient reasons to
support its decision to depart. We review these arguments for
plain error only due to Perez-Lopez's failure to raise

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

appropriate objections in the district court.  See United States
v. Jones, 444 F.3d 430, 433 (5th Cir. 2006).

There is nothing in the record to indicate that the district
court likely would have given Perez-Lopez a lesser sentence if he
had received notice of the departure.  Further, the extent of the
departure is not excessive when compared with other departures
that we have considered.  Consequently, Perez-Lopez has not shown
plain error in connection with his sentence.  See Jones, 444 F.3d
at 442-43.  The judgment of the district court is AFFIRMED.